**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   ARLENE MARILYN RAZZARI,                     No. C 16-2945 JSW

10              Plaintiff,

11       v.                                     **ORDER RE CONSENT**

12   CAROLYN W. COLVIN,

13              Defendant.
                                            /

14

15          In cases initially assigned to a district judge, the parties may consent at any time to

16   reassignment of the case to a magistrate judge for all purposes, including entry of final judgment.

17   See Civil L.R. 73-1(b).  The parties are DIRECTED to advise the Court, no later than June 24, 2016,

18   as to whether they consent to have a magistrate judge conduct all further proceedings in the instant

19   action.[1]  For the parties' convenience, consent forms are available at http://www.cand.uscourts.gov,

20   in the "Forms" section.  The parties are further advised that they may jointly request assignment to a

21   specific magistrate judge.

22          **IT IS SO ORDERED.**

23   Dated:    June 2, 2016                   _____
                                             JEFFREY S. WHITE
24                                           UNITED STATES DISTRICT JUDGE

25

26

27   _____

28          [1] Normally, the Court would direct the parties to so inform the Court in their joint case management statement filed in connection with a case management conference.  Because the instant action involves a review of an administrative record, however, a case management conference has not been scheduled.