IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLENE MARILYN RAZZARI,<br><br>        Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN,<br><br>        Defendant.<br>_____/ | No. C 16-2945 JSW<br><br><br><br>**ORDER OF REFERRAL** |

Pursuant to Northern District Civil Local Rule 73-1(b) and the parties' consent, this matter is HEREBY REFERRED to a randomly assigned magistrate judge for all further proceedings, including trial and entry of a final judgment.

**IT IS SO ORDERED.**

Dated:   June 29, 2016

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge Referral Clerk

Case 3:16-cv-02945-JCS   Document 9   Filed 06/30/16   Page 2 of 2